UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JERRON LAMAR BRANCH,

       Plaintiff,                              Case No.  2:12-CV-16

v.                                     Hon. Gordon J. Quist

CATHERINE BAUMAN, et al.,

       Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 14, 2014.  The Report and Recommendation was duly served on Plaintiff on January 14, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636.[1]

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 14, 2014, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Dismissal and/or Summary Judgment (dkt. # 14) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

A separate judgment will issue.

This case is **concluded**.


Dated:  February 4, 2014                                 /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the copy of the Report and Recommendation sent to Plaintiff was returned to the Clerk marked "Return to Sender – Prisoner Paroled."  (Dkt. # 17.)  A plaintiff has a continuing obligation to keep the court informed of his current address.  *See Prea v. Battaista*, No. 91 Civ. 1171 (TPG), 1993 WL 97423 (S.D.N.Y. Mar. 30, 1993).  Plaintiff failed to comply with this obligation.  *See* W.D. Mich. LCivR 41.1 ("Failure of a plaintiff to keep the Court apprised of a current address shall be grounds for dismissal for want of prosecution.").